AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| David Junior Upshaw ) | Case No: 4:02cr3-01 |
| ) | USM No: 11633-017 |
| Date of Previous Judgment: June 14, 2002 ) | Clifford Davis |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360  months **is reduced to**  329 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  38            Amended Offense Level:  37
Criminal History Category:  VI          Criminal History Category:  VI
Previous Guideline Range:  292  to  365  months    Amended Guideline Range:  262  to  327  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The original total sentence of 360 months consisted of a guideline sentence on Counts 1 and 5 of 300 months, followed by a mandatory 60 month consecutive sentence on Count 4. The amended sentence reflects a reduction of the guideline sentence on Counts 1 and 5 to 269 months. The mandatory 60 mon th consecutive sentence on Count 4 remains unchanged.

Except as provided above, all provisions of the judgment dated  June 14, 2002  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  April 30, 2008                    *s/ Stephan P. Mickle*
                                                           Judge's signature

Effective Date:                                    Stephan P. Mickle, United States District Judge
(if different from order date)                     Printed name and title