IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:02cr3-SPM

DAVID JUNIOR UPSHAW

_____/

**ORDER DENYING SECOND MOTION TO REDUCE SENTENCE**

This cause comes before the Court on Defendant David Junior Upshaw's letter (doc. 37) dated August 22, 2008, which has been construed by the clerk as a second motion to reduce sentence under the crack cocaine amendments to the sentencing guidelines. For the following reasons, the motion will be denied.

1.  This Court has already issued an order (doc. 35) reducing Defendant's sentence from 360 months to 329 months based on the crack cocaine amendments to the sentencing guidelines. This sentence consists of a 269 month sentence on Counts 1 and 5, and a consecutive 60 month sentence on Count 4. There is no basis to order a further reduction.

2.  Defendant is correct that his previous sentence was based on an offense level of 35 at criminal history VI. Although the Court incorrectly stated in its order that the total offense level was 38, the order stated the correct guideline

range, which was 292 to 365 months. In applying the crack cocaine amendment, the Court again incorrectly stated the total offense level (should have been 34 instead of 37), but relied on the appropriate guideline range of 262 to 327. Defendant takes the position that under the amended guidelines he should have been sentenced at a total offense level of 33. He fails to take into account his qualification as a career offender under Chapter Four, which prevents his base offense level from falling below 37. With a 3-point reduction for acceptance of responsibility his total offense level falls to 34, and the guideline range is 262 to 327 months. The sentence reduction the Court granted Defendant is based on this amended guideline range, which was properly calculated. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's second motion to reduce sentence under the crack cocaine amendments to the sentencing guidelines (doc. 37) is denied.

DONE AND ORDERED this 23rd day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:02cr3-SPM