IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.  4:02cr3-MW/CAS &
4:14cv278-MW/CAS

DANIEL JUNIOR UPSHAW,

    **Defendant.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.52, filed June 19, 2014, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 53, filed July 7, 2014. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 51, is **DENIED** and **DISMISSED** as untimely.  A certificate of appealability is **DENIED**."  The Clerk

1

shall close the file.

    **SO ORDERED on July 9, 2014.**

                                      **<u>s/Mark E. Walker</u>**
                                      **United States District Judge**