IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 4:02cr3-MW/CAS
   4:16cv304-MW/CAS

DAVID JUNIOR UPSHAW,

     Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION ON THE MERITS BUT REJECTING RECOMMENTDATION THAT CERTIFICATE OF <u>APPEALABILITY BE DENIED</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 76, filed October 25, 2017. The Court has also reviewed *de novo* Defendant's objections to the Report and Recommendation, ECF No. 81, filed November 22, 2017. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted in part** as the Court's opinion, except for the Magistrate's recommendation to deny a certificate of appealability. The Clerk shall enter judgment stating, "Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 73, is **DENIED**. While this Court is bound by

1

*Beeman*, reasonable jurists could disagree on whether the law of the circuit is correct. Similarly, reasonable jurists may disagree on whether *Griffin* was correctly decided and whether *Beckles* extends to the pre-*Booker* Guidelines. A certificate of appealablity is **GRANTED** on these issues: 1) whether Petitioner must affirmatively show that the sentencing court relied on the ACCA residual clause; and 2) whether *Johnson* applies to the career offender provision of the pre-*Booker* Guidelines."

    **SO ORDERED on November 27, 2017.**

                                       <u>**s/Mark E. Walker**</u>
                                       **United States District Judge**